UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Koren Williams**,

          Plaintiff,        Case No. 2:17-cv-11834-VAR-DRG

v.

                              Hon. Victoria A. Roberts
**Capital One Bank (USA), N.A.**,    Mag. Judge David R. Grand

          Defendant.

---

## ORDER GRANTING PLAINTIFF'S SECOND CONSENT MOTION TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES [17]

The Court, having reviewed Plaintiff's Second Consent Motion to Extend the Discovery End Date and Dispositive-Motion Deadline (Doc. #17), finds good cause for granting the motion, and that Defendant has agreed to the relief requested therein.

Accordingly, **IT IS ORDERED** that Plaintiff's Second Consent Motion **(Doc. #17)** is **GRANTED**.  **IT IS FURTHER ORDERED** that:

1. The discovery end date in this matter is extended by 60 days from April 1, 2018 to **May 31, 2018**.

2. The deadline to file dispositive motions in this matter is extended by 60 days from May 8, 2018 to **July 7, 2018**.

3. All other deadlines in the Court's scheduling order of August 31, 2017 remain in full force and effect.

Dated: 3/29/18

                                        s/David R. Grand  
                                        Hon. David R. Grand